E-FILED
Monday, 29 November, 2004 01:42:53 PM
Clerk, U.S. District Court, ILCD

FILED
NOV 26 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

To whom it may concern:

I am a inmate at FCI Manchester

I am writting you to obtain a current copy of my Docket sheet. My case number is 03-20016-001

Thank you for your time and coopertion.

Ivan Campbell

10-22-04