

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

JOHN M. WATERS
CLERK OF COURT

TEL: 217-373-5830
FAX: 217-373-5834

**OFFICE OF THE CLERK**
**218 U.S. COURTHOUSE**
**201 S. VINE STREET**
**URBANA, ILLINOIS 61802**

November 29, 2004

Ivan Campbell 13986-026
Federal Correctional Institution
P. O. Box 400
Manchester, KY 40962-4000

RE: USA V. CAMPBELL
CASE NO. 03-20016

Dear Mr. Campbell:

The Clerk of the Court received your letter dated October 22, 2004 on November 29, 2004 requesting a copy of the docket sheet in the above-mentioned case. The cost for the copy of the docket sheet is **$4.00 (8 pages at $0.50 per page).** You must submit a money order for the amount of $4.00, made payable to **CLERK, U. S. DISTRICT COURT**, before the copy of the docket sheet will be mailed to you.

Sincerely,

s/John M. Waters
CLERK, U. S. DISTRICT COURT

JMW/vlb