**RETURN RECEIPT FOR PRE-SENTENCE REPORT, SENTENCING RECOMMENDATION AND STATEMENT OF REASONS**

Case Name:    US vs IVAN CAMPBELL

Case Number:        03-20016

The appeal time having expired and/or the appeal having been concluded, the original Sealed Pre-sentence Report, Sentencing Recommendation and Statement of Reasons were returned to the U.S. Probation Office on   8/16/05.
                                    Date


                                Received by:

                                    Jane Newlin
                                _____
                                    U.S. Probation Office