E-FILED
Wednesday, 27 February, 2008  01:42:54 PM
Clerk, U.S. District Court, ILCD

Sunday 24th 2008

Re: Crack Amendment

**FILED**
FEB 2 7 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Dear Honorable Judge McCuskey,

Sir, my Name is Ivan Campbell and my case Number is 03-20016-001.

I am writing you to find out whether my case fits the criteria for the sentence reduction And I would like to get Attorney assistance.

I would like for Ms. Ellyn Bullock to represent me in this matter. She was my last attorney.

Thank you for your time and help!

Sincerely Ivan Campbell

Ivan Campbell #13986-026
F.C.I Milan
P.O. Box 1000
Milan, MI 48160