E-FILED
Wednesday, 02 April, 2008 01:52:36 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff.<br><br>v.<br><br>IVAN CAMPBELL,<br><br>　　　　Defendant. | No. 03cr20016<br>Hon. Michael P. McCuskey<br>Chief United States District Judge,<br>Presiding |

**MOTION FOR 30-DAY EXTENSION OF TIME**

NOW COMES court-appointed Counsel for Defendant IVAN CAMPBELL, Richard H. Parsons, Federal Public Defender, Jonathan E. Hawley, First Assistant Defender, and William C. Zukosky, Staff Attorney, pursuant to Fed. R. Crim. P. 45(b)(1)(A) and Local Rule 6.1, and respectfully requests this Honorable Court for an Order granting the Defendant's Attorneys a 30-day extension of time within which to file an Amended Motion, or a Motion To Withdraw as Counsel if determined necessary, and in support states as follows:

1. Pursuant to Administrative Order 08-U-0005, this Court appointed Federal Public Defender Richard H. Parsons or First Assistant Federal Public Defender Jonathan E. Hawley to represent the Defendant on his request for a reduced sentence pursuant to the retroactive amendment to the crack cocaine guideline.

2. The Administrative Order at paragraph 4 provided in part that Petitioners shall have 30 days from March 3, 2008 to file an amended Petition and that the Government shall have 30 days thereafter to file its Response. The Defendant's amended Petition or Motion is therefore due for

1

filing on April 2, 2008.

3. To date, pursuant to the Administrative Order entered February 13, 2008, the Federal Public Defender has been appointed to more than 355 cases (with additional appointments still continuing on a literal daily basis). Working as constant and diligently as possible under the circumstances, the Federal Public Defender's Office has since closed at least 117 of those cases following the entry of an Amended Judgment granting a sentence reduction, or as a result of a Court Order granting a Motion to Withdraw as Counsel because the Federal Public Defender's Office determined after thorough review of the case that an Amended Motion could not be filed in good faith compliance with the Rules of Professional Responsibility and Local Rule 12.1.

4. After screening and initial review, at least 105 cases have been assigned to undersigned Staff Attorney William C. Zukosky. Most if not all of those cases, including the Defendant's herein, fall within categories requiring particularized and extensive research or case analysis in order to determine whether the Federal Public Defender's Office could or can proceed in good faith by filing an Amended Motion, or whether a Motion to Withdraw as Counsel was or will be ethically and regrettably required instead.

5. For the past several weeks Federal Public Defender Richard H. Parsons, First Assistant Federal Public Defender Jonathan E. Hawley, and all Attorneys within the Federal Public Defender's Office assigned to appointed cases have been diligently working long hours and to the very best of their ability in representing their clients and thoroughly analyzing their appointed or assigned cases, including the Defendant's undersigned Attorney.

6. Due to the sheer volume of cases, however, the Defendant's undersigned Attorney has not yet been able to adequately or conclusively analyze the Defendant's particular case, and therefore

respectfully requests an additional 30 days within which to give the Defendant's case the attention it requires and deserves; and if and as necessary to consult with the assigned Assistant United States Attorney in regard to whether the Government continues to object to a sentence reduction for the Defendant in this case.

7. The Government has been consulted and has no objection to this and similar Motions.

WHEREFORE, undersigned counsel respectfully requests that this Honorable Court enter an Order granting the Defendant's Attorneys a 30-day extension of time within which to file an Amended Motion, or a Motion To Withdraw as Counsel if determined necessary, to and including May 2, 2008.

    Respectfully Submitted,

    IVAN CAMPBELL, Defendant

    RICHARD H. PARSONS
    Federal Public Defender

    JONATHAN E. HAWLEY
    First Assistant FPD

    BY:    s/ William C. Zukosky
    _____
    WILLIAM C. ZUKOSKY
    Attorney for Defendant
    Staff Attorney
    ARDC Reg. No. 3121844
    300 Main Street
    Urbana, Illinois 61801
    Phone: (217) 373-0666
    Fax: (217) 373-0667
    E-mail: william_zukosky@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Assistant United States Attorney Timothy A. Bass.

        s/ William C. Zukosky
        _____
        WILLIAM C. ZUKOSKY
        Attorney for Defendant
        Staff Attorney
        ARDC Reg. No. 3121844
        Federal Public Defender's Office
        300 Main Street
        Urbana, Illinois 61801
        Phone: (217) 373-0666
        Fax: (217) 373-0667
        E-mail: william_zukosky@fd.org